# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEROME LILLY

NO. 2025 KW 0862

**NOVEMBER 26, 2025**

---

In Re:    Jerome Lilly, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No. 46199.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT GRANTED.** A criminal defendant has the constitutional right to present a defense. U.S. Const. amend. VI; La. Const. art. I, § 16; **Chambers v. Mississippi**, 410 U.S. 284, 302, 93 S.Ct. 1038, 1049, 35 L.Ed.2d 297 (1973). Relator showed good cause for not filing written notice of his intent to raise the justification of self-defense at trial, and there is no indication that this was a delay tactic that would prejudice the State. See La. Code Crim. P. art. 390(B). Furthermore, the purpose of Article 390 is to put the State on notice prior to trial of the defendant's intent to raise the justification of self-defense. Here, the record shows the State does not dispute that it was aware of relator's intent to argue self-defense at trial. Accordingly, the district court's ruling granting the State's motion in limine is reversed and this matter is remanded for further proceedings.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT